

# CORPORATE DISCLOSURE STATEMENT

Plaintiff Pan American Airways Corp. is a wholly owned subsidiary of Pan American Airlines, Inc., which is privately owned and has no parent corporation. Accordingly, no public company owns ten percent or more of the stock of Pan American Airways Corp..

Dated: March 11, 2004

                                       Respectfully submitted,

                                       John R. Nadolny
                                       BBO# 544393
                                       14 Aviation Avenue
                                       Portsmouth, NH 03801
                                       (603) 766-2002

                                       *Attorney for the Plaintiff*
                                       *Pan American Airways Corp.*