UNITED STATES DISTRICT COURT
DISCTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAN AMERICAN AIRWAYS CORP., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 04-CV-10515JLT |
| ) | |
| ROBERT E. BARNES ) | |
| ) | |
| Defendant ) | |

## NOTICE OF APPEARANCE

I, Peter Piel, do hereby enter my appearance on behalf of Defendant Robert E. Barnes in the above titled action in the United States District Court for the District of Massachusetts.

*Peter Piel*
Peter Piel
Law Office of Peter Piel
800 Turnpike Street, Suite 300
North Andover, MA 01845
978-794-5513
BBO # 639070