UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAN AMERICAN AIRWAYS CORP., )
)
　　Plaintiff/Counter-Defendant )
)
v. )   Case No. 04-CV-10515JLT
)
ROBERT E. BARNES )
)
　　Defendant/Counter-Plaintiff )
)

**MOTION IN OPPOSITION TO PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO DISMISS COUNT IV OF DEFENDANT/COUNTER-PLAINTIFF'S COUNTERCLAIM AND TO COMPEL PLAINTIFF/COUNTER-DEFENDANT TO ANSWER COUNT IV OF DEFENDANT/COUNTER-PLAINTIFF'S COUNTERCLAIM.**

NOW COMES Defendant/Counter-Plaintiff, Robert E. Barnes, by and through his attorney, and hereby moves this Court, pursuant to Fed. R. Civ. P. 7(b) and Local Rule 7.1, to dismiss Plaintiff/Counter-Defendant's motion to dismiss Count IV of Defendant/Counter-Plaintiff's counterclaim and to compel Plaintiff/Counter-Defendant to answer Count IV of Defendant/Counter-Plaintiff's counterclaim.

This motion is supported by Defendant/Counter-Plaintiff's Memorandum of Law and Defendant/Counter-Plaintiff's Affidavit.

Pursuant to Local Rule 7.1(A)(2), counsel hereby certifies that he and counsel for the Plaintiff/Counter-Defendant have conferred and attempted in good faith to resolve or narrow the issue.

Respectfully submitted,

Dated: June 10, 2004

*Peter Piel*

---

Peter Piel
Law Office of Peter Piel
800 Turnpike Street, Suite 300
North Andover, MA 01845
978-794-5513
BBO # 639070