UNITED STATES DISTRICT COURT
DISCTRICT OF MASSACHUSETTS

PAN AMERICAN AIRWAYS CORP.,           )
                                       )
    Plaintiff/Counter-Defendant    )
                                       )
v.                                     )   Case No. 04-CV-10515JLT
                                       )
ROBERT E. BARNES                       )
                                       )
    Defendant/Counter-Plaintiff    )
                                       )

## AFFIDAVIT

I, Robert E. Barnes, hereby declare that

1.) On 3/16/2004 a FedEx package containing a summons was delivered to my work.

2.) My supervisor at the FAA informed me on the same day, by e-mail, that a FedEx package containing a summons was delivered to my work.

3.) Immediately after learning that my former employer was suing me ,and as a direct cause of the shocking news, I experienced severe chest-pain requiring medication.

4.) On 3/23/2004 another summons was delivered to my residence.

SIGNED UNDER THE PENALTIES OF PERJURY.

_6/09/2004_
Date

_Robert E. Barnes_
Robert E. Barnes
Defendant/Counter-Plaintiff