UNITED STATES DISTRICT COURT
DISCTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAN AMERICAN AIRWAYS CORP., )<br><br>Plaintiff/Counter-Defendant )<br><br>v. )<br><br>ROBERT E. BARNES )<br><br>Defendant/Counter-Plaintiff ) | Case No. 04-CV-10515JLT |

## AFFIDAVIT

I, Robert E. Barnes, hereby declare that

1.) At no time during my employment with PanAm did I intentionally or knowingly fail to perform my duties.

2.) I performed my duties to the best of my abilities and with the intent to benefit PanAm at all times during my employment.

3.) At no time during my employment with PanAm did I have the intent to permanently or indefinitely deprive PanAm of the use of any of its property or possessory rights.

4.) At no time during my employment with PanAm did I have the intent cause any damage or impairment of use of any of PanAm's property or possessory rights.

SIGNED UNDER THE PENALTIES OF PERJURY.

_9/20/04_   _____
Date                                Robert E. Barnes
                                    Defendant/Counter-Plaintiff

## Certificate of Service

I, Peter Piel, hereby certify that a true copy of the above document was served upon John Nadolny, the attorney of record for the plaintiff, by U.S. mail, postage prepaid on this 21st day of September 2004.

*Peter Piel*

Peter Piel
Law Office of Peter Piel
800 Turnpike Street, Suite 300
North Andover, MA 01845
978-794-5513
BBO # 639070