UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT -5  A 8:41

U.S. DISTRICT COURT
DISTRICT OF MASS.

PAN AMERICAN AIRWAYS CORP., )
)
    Plaintiff/Counter-Defendant, )
)
v. )  C.A. No. 04-CV-10515-JLT
)
)
ROBERT E. BARNES, )
)
    Defendant/Counter-Plaintiff. )
)
)

## PLAINTIFF/COUNTER-DEFENDANT'S REPLY IN OPPOSTION TO DEFENDANT/COUNTER-PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rules 7 and 56(c) of the Rules of Federal Procedure and Rules 7.1(B) and 56.1 of the Rules of this Court, Plaintiff/Counter-Defendant Pan American Airways Corporation ("Pan Am") hereby replies to the Motion for Partial Summary Judgment as to Counts I and IV of the amended complaint (the "Motion") filed by Defendant/Counter-Plaintiff Robert E. Barnes ("Barnes"). For the reasons set forth in the attached memorandum of law and supporting declaration and exhibit, Pan Am respectfully requests that the Motion be denied.

                                 Respectfully submitted,

                                 John R. Nadolny (BBO #544393)
                                 14 Aviation Avenue
                                 Portsmouth, NH 03801
                                 (603) 766-2002

                                 Attorney for Plaintiff/Counter-Defendant
                                 Pan American Airways Corp.

October 4, 2004