UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAN AMERICAN AIRWAYS CORP., )
)
Plaintiff/Counter-Defendant )
)
v. )  Case No. 04-CV-10515JLT
)
ROBERT E. BARNES )
)
Defendant/Counter-Plaintiff )

## MOTION TO STRIKE FACTS 1 THROUGH 5 AND FACT 8 OF PLAINTIFF'S STATEMENT OF MATERIAL FACTS AND REQUEST TO FILE REPLY BRIEF TO PLAINTIFF'S REPLY TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.

NOW COMES Defendant/Counter-Plaintiff, Robert E. Barnes, by and through his attorney, and hereby moves this Court, pursuant to Fed. R. Civ. P. 7(b) and Local Rule 7.1, to strike facts 1 through 5 and fact 8 of Plaintiff's Statement of material facts and asks the court to allow Defendant to file a short (3 page) reply brief.

This motion is supported by Defendant's Memorandum of Law.

Pursuant to Local Rule 7.1(A)(2), counsel hereby certifies that he and counsel for the Plaintiff/Counter-Defendant have conferred and attempted in good faith to resolve or narrow the issue.

Respectfully submitted,

Dated: October 12, 2004

*Peter Piel*
Peter Piel
Law Office of Peter Piel
800 Turnpike Street, Suite 300
North Andover, MA 01845
978-794-5513
BBO # 639070