UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAN AMERICAN AIRWAYS CORP.,    )
)
Plaintiff/Counter-Defendant    )
)
v.    )   Case No. 04-CV-10515JLT
)
ROBERT E. BARNES    )
)
Defendant/Counter-Plaintiff    )

**MOTION TO DISREGARD PLAINTIFF/COUNTER-DEFENDANT'S DECLARATION IN SUPPORT OF ITS REPLY TO BARNES' PARTIAL SUMMARY JUDGMENT MOTION.**

NOW COMES Defendant/Counter-Plaintiff, Robert E. Barnes, by and through his attorney, and hereby moves this Court, pursuant to Fed. R. Civ. P. 7(b) and Local Rule 7.1, to disregard Steve Legere's Declaration in support of Plaintiff's reply in opposition to Barnes' partial summary judgment motion.

This motion is supported by Defendant's Memorandum of Law.

Pursuant to Local Rule 7.1(A)(2), counsel hereby certifies that he and counsel for the Plaintiff/Counter-Defendant have conferred and attempted in good faith to resolve or narrow the issue.

                                    Respectfully submitted,

Dated: October 12, 2004

                                    _/s/ Peter Piel_
                                    Peter Piel
                                    Law Office of Peter Piel
                                    800 Turnpike Street, Suite 300
                                    North Andover, MA 01845
                                    978-794-5513
                                    BBO # 639070