UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAN AMERICAN AIRWAYS CORP., | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 04-CV-10515-JLT |
| ROBERT E. BARNES | ) |
| Defendant | ) |

## JOINT PRE-TRIAL SCHEDULING STATEMENT

Pursuant to the Notice of Scheduling Conference issued by this Court on September 17, 2004 and Rule 26 of the Federal Rules of Civil Procedure, plaintiff Pan American Airways Corp. and defendant Robert E. Barnes hereby submit their proposed pre-trial schedule. In light of the particular facts of this case, the parties have agreed that phased discovery would be the most efficient and desirable course, and have agreed to propose the following schedule to this Court:

| | |
|---|---|
| December 31, 2004 | First Phase of written Discovery (Interrogatories and Document Requests) Complete. |
| February 28, 2004 | First Phase of Depositions complete. |
| March 1-11, 2005 | Settlement Discussions. |
| March 14 - April 22, 2005 | Second Phase of Discovery (if necessary). |
| May 3, 2005 | Motions for Summary Judgment. |
| May 17, 2005 | Replies to Motions for Summary Judgment. |
| July 26, 2005 | Trial (if necessary). |

The parties also certify that they have conferred with counsel (a) with a view to establishing a budget for the costs of conducting the full course and various alternative courses of the litigation and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16 The parties have agreed that mediation pursuant to Local Rule 16.4(c)(4) would not be an appropriate means to reach a mutually acceptable settlement.

Respectfully submitted,

| PAN AMERICAN AIRWAYS CORP. | ROBERT E. BARNES |
|---|---|
| By: *signature* | By: *signature* |
| John R. Nadolny (BBO#544393) | Peter Piel (BBO#639070) |
| Attorney for Plaintiff | Attorney for Defendant |
| 14 Aviation Avenue | 800 Turnpike Street |
| Portsmouth, NH 03801 | Suite 300 |
| Tel. (603) 766-2002 | N. Andover, MA 01845 |
| | Tel, (978) 794-5513 |