*Peter Piel, Esq.*

# LAW OFFICE OF PETER PIEL

800 Turnpike Street
Suite 300
North Andover, MA 01845

Telephone 978-794-5513

FILED
IN CLERKS OFFICE
2004 OCT 25 P 2: 24
U.S. DISTRICT COURT
DISTRICT OF MASS.

October 25, 2004

**BY HAND**
Ms. Zita Lovett
Courtroom Clerk to the Honorable Joseph L. Tauro
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   Pan American Airways Corp. v. Robert E. Barnes - Case No. 04-CV-10515JLT

Dear Ms. Lovett:

The parties to the above-referenced matter are scheduled to appear before Judge Tauro on November 2, 2004 at 12:00 p.m. for a pre-trial conference. Per Judge Tauro's Discovery Order dated 9/17/2004 counsel is to remind the court in writing of all pending motions no later than 5 days prior to the pre-trial scheduling conference. This letter is to remind the court that the defendant has filed 2 motions together with supporting memos and a reply brief on 10/12/2004, which are currently pending and have not yet been ruled on. The motions are a motion to strike and request to file a reply brief and a motion to disregard Plaintiff's declaration.

Thank you for your assistance with this matter.

Sincerely,

Peter Piel
Counsel for Defendant

cc: John Nadolny, Esq.
    Counsel for Plaintiff