UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAN AMERICAN AIRWAYS CORP.,  \*
\*
    Plaintiff,  \*
\*
v.  \*  Civil Action No. 04-10515-JLT
\*
ROBERT E. BARNES,  \*
\*
    Defendant.  \*
\*

ORDER
-----

November 2, 2004

TAURO, J.

    After a conference on November 2, 2004, this court hereby orders that:

1.    Defendant's <u>Motion for Summary Judgment on Counts I and IV of Plaintiff/Counter-Defendant's Amended Complaint</u> [#15] is DENIED WITHOUT PREJUDICE, subject to refiling after the completion of discovery;

2.    Defendant's <u>Motion to Strike Facts 1 Through 5 and Fact 8 of Plaintiff's Statement of Material Facts and Request to File Reply Brief to Plaintiff's Reply to Defendant's Motion for Summary Judgment</u> [#22] is DENIED AS MOOT;

3.    Defendant's <u>Motion to Disregard Plaintiff/Counter-Defendant's Declaration in Support of its Reply to Barnes' Partial Summary Judgment Motion</u> [#25] is DENIED AS MOOT;

4.    <u>Plaintiff/Counter-Defendant's Motion Pursuant to F.R.C.P. 56(f)</u> [#30] is ALLOWED.

5.  The Parties shall comply with this court's <u>Rule 26 Discovery Order</u> [#14] by November 12, 2004;

6.  Plaintiff may depose Robert E. Barnes, Defendant's treating physician, Dave Burrell, and Paul W. Hubbard;

7.  Defendant may conduct a Rule 30(b)(6) deposition of Pan American Airways Corp.;

8.  Defendant may depose the following individuals: (1) Steve Legere, (2) Dave Mailhot, (3) David Forney, (4) Steward Beck, (5) Eduard Stalzer, (6) Anthony Liguori, (7) Dave Burrell, (8) Ken Goodsell, and (9) Paul W. Hubbard;

9.  The abovementioned discovery shall be completed by March 31, 2005; and

10. A Further Conference is scheduled for April 11, 2005 at 10:00 a.m.

IT IS SO ORDERED.


/s/ Joseph L. Tauro
United States District Judge