UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAN AMERICAN AIRWAYS CORP., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04-CV-10515-JLT |
| ) | |
| ROBERT E. BARNES ) | |
| ) | |
| Defendant ) | |

## DEFENDANT ROBERT BARNES'

## INITIAL DISCOVERY DISCLOSURES

Pursuant to this court's discover order dated 9/17/04, the defendant makes the following, initial disclosures.

1. F.R.Civ.P. 26(a)(1):

A. Witnesses:

    i.    All witnesses named by the plaintiff

    ii.    Dr. Steven Barrett, MD
        195 School St., Manchester, MA 01944
        to testify about the impact Pan American's actions had on Mr. Barnes.

    iii.    Ms Beth Babb
        Federal Aviation Administration
        70 Everett Avenue, Suite 517
        Chelsea, MA 02150
        to testify about delivery of summons to Mr. Barnes' workplace.

    iv.    Mr Robert Barnes
        Logan Airport Fire Department
        Harborside Dr.
        Boston, MA 02128
        to testify about delivery of summons to Mr. Barnes' workplace.

    v.        Eduard Stalzer.       Phone 603-664-1087
               483 Beaver Rd,
               Strafford, NH 03884

               To testify concerning maintenance procedures at Pan Am, the defendant's competence and professionalism, and the history of Pan Am's dealing with the FAA.

    vi.       David Mailhot. current address or phone unknown.
               Testimony expected to include maintenance procedures

    vii.      Barry Bermingham current address or phone unknown.
               To testify concerning procedures at PanAm, the defendant's competence and professionalism, and the history of PanAm's dealing with the FAA.

    viii.     Mrs. Linda Barnes   (possible)
               116 Prescott St.
               North Andover, MA
               To testify about the impact PanAm's actions had on her husband.

    ix.       John Driscoll       Phone: 603-929-7437
               14 Wingate St,
               Hampton, NH  03842
               Testimony expected to include procedures at PanAM, with particular emphasis upon those topics related to maintenance issues.

    x.        Stanley Joyner
               310 Tilton Rd.
               Pittsfield, NH 03263

               To testify about compliance with Federal Aviation Administration procedures to keep aircraft and engines airworthy and to Pan Am's compliance efforts.

B. Documents and Tangible Things

    Copies of Documents received from the Federal Aviation Administration by means of request pursuant to the Freedom of Information Act.

    Medical Records (not yet received)

C. No Damages prior to service of process

D. No Insurance for Defendant.

2. F.R.Civ.P. 26.2(A)(2)

    (a) Dr. Steven Barrett, MD may be considered to be an expert witness.

    (b) The defendant possesses nothing responsive at this time.

3. LR 26.1(B): Sworn Statement

    Defendant Robert E. Barnes swears that:

    (a)    No damages incurred prior to the receipt of the summons.

    (b)    Witnesses to the transactions giving rise to my Complaint include Robert Barnes, Logan Airport Fire Department, Dr. Steven Barrett, MD, and Ms Beth Babb

    (c)    No statements have been obtained, with the possible exception of letters exchanged between the plaintiff and myself and my attorney and counsel for the plaintiff.

    This portion signed under the pains and penalties of perjury.

    November 12, 2004

    *[signature]*
    Robert E. Barnes

3. Persons to be Deposed.

    i.    Steven Legere

    ii.    David Fink

    iii.    David Forney

    iv.    Dave Mailhot

    v.    Steward Beck

    vi.    Eduard Stalzer

    vii.    Anthony Liguori

    viii.    Dave Burrell

    iv.    Ken Goodsell

    x.    Paul W. Hubbard

xi.  It is difficult for the defendant to identify all deponents at this time due the lack of information about the exact nature of the damages and the persons who have knowledge about the affected aircraft and engines.

Respectfully submitted,

Dated: November 12, 2004

*Pete Piel*
Peter Piel
Law Office of Peter Piel
800 Turnpike Street, Suite 300
North Andover, MA 01845
978-794-5513
BBO # 639070

## Certificate of Service

I, Peter Piel, hereby certify that a true copy of the above document was served upon John Nadolny, the attorney of record for the plaintiff, by U.S. mail, postage prepaid, and by fax, on this 12th day of November 2004.

_Peter Piel_
Peter Piel
Law Office of Peter Piel
800 Turnpike Street, Suite 300
North Andover, MA 01845
978-794-5513
BBO # 639070