UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAN AMERICAN AIRWAYS CORP.,  *
                              *
       Plaintiff,             *
                              *
v.                            *    Civil Action No. 04-10515-JLT
                              *
ROBERT E. BARNES,             *
                              *
       Defendant.             *

ORDER

May 16, 2005

TAURO, J.

After the Further Conference on May 16, 2005, this court hereby orders that:

1. Plaintiff may depose Defendant's treating physicians;

2. All discovery shall be completed by June 30, 2005;

3. No additional discovery will be permitted without leave of this court;

4. The Parties may file Motions for Summary Judgment by July 1, 2005;

5. The Parties may file Responses by July 22, 2005; and

6. A Motion Hearing is scheduled for August 24, 2005 at 10:00 a.m.

IT IS SO ORDERED.

                                    /s/ Joseph L. Tauro
                                    United States District Judge