UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAN AMERICAN AIRWAYS CORP., <br><br> Plaintiff/Counter-Defendant <br><br> v. <br><br> ROBERT E. BARNES <br><br> Defendant/Counter-Plaintiff | Case No. 04-CV-10515JLT |

**DEFENDANT'S RENEWED MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I AND IV OF PLAINTIFF'S AMENDED COMPLAINT.**

NOW COMES Defendant, Robert E. Barnes, by and through his attorney, and hereby moves this Court to reconsider Defendant's motion for summary judgment, pursuant to Fed. R. Civ. P. 56(c) and Local Rule 56.1, and to grant partial summary judgment for the Defendant on Counts I and IV of Plaintiff's amended complaint.

This motion is supported by Defendant's Memorandum of Law and Defendant's original Affidavit filed with this court on 9/23/04.

Pursuant to Local Rule 7.1(A)(2), counsel hereby certifies that he and counsel for the Plaintiff have conferred and attempted in good faith to resolve or narrow the issue.

Respectfully submitted,

Dated: June 30, 2005

*Peter Piel*

Peter Piel
Law Office of Peter Piel
800 Turnpike Street, Suite 300
North Andover, MA 01845
978-794-5513
BBO # 639070