## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

PAN AMERICAN AIRWAYS, CORP.,

        Plaintiff/counterdefendant,

                                      Civil Action No.
        v.                             04-CV-10515JLT

ROBERT E. BARNES,

        Defendant/counterplaintiff.

### Motion to Allow Withdrawal of Counsel

Pursuant to Rule 7(b) of the Rules of Civil Procedure, and Rules 7.1 and 83.5.2(c), Plaintiff/counterdefendant Pan American Airways, Corp. ("Pan Am") hereby moves for leave of court to permit John R. Nadolny to withdraw as its counsel in this matter. In support of this motion, Pan Am states that Mr. Nadolny resigned his position with the company on June 3, 2005, and is no longer representing Pan Am in any capacity. Mr. Nadolny's Notice of Withdrawal is attached to this motion.

Pursuant to Rule 7.1(A)(2) of the Rules of this Court, counsel hereby certifies that he and counsel for defendant/counterplaintiff have conferred and counsel for defendant/counterplaintiff does not object to this motion.

Dated: July 1, 2005

Respectfully submitted,

Robert B. Culliford (BBO#638468)
Pan American Airways, Corp.
14 Aviation Avenue
Portsmouth, NH 03801
(603) 766-2002

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAN AMERICAN AIRWAYS CORP. )
                              )
       **Plaintiff** )
                              )
   v. )   **Civil Action No. 04-10515-JLT**
                              )
**ROBERT E. BARNES** )
                              )
       **Defendant** )

### NOTICE OF WITHDRAWAL OF COUNSEL

Now comes the undersigned, John R. Nadolny, and notifies this Court, with the

assent of the Plaintiff herein, that he has withdrawn as counsel to the Plaintiff in this

matter. This notice is tendered simultaneously with the appearance of successor counsel

for the Plaintiff.

Dated: June 6, 2005

Respectfully submitted,

**PAN AMERICAN AIRWAYS CORP.**

By: _____
    John R. Nadolny  (BBO#544393)
    14 Aviation Avenue
    Portsmouth, NH 03801
    Tel.   (603) 766-2002