UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAN AMERICAN AIRWAYS, CORP.,

      Plaintiff/counterdefendant,

      v.

ROBERT E. BARNES,

      Defendant/counterplaintiff.

Civil Action No.
04-CV-10515JLT

**NOTICE OF APPEARANCE**

Now comes the undersigned counsel and hereby notices his appearance on behalf of the Plaintiff/counterdefendant in the above-referenced action.

Dated: July 1, 2005

                                                Respectfully submitted,

                                                Robert B. Culliford (BBO# 638468)
                                                Pan American Airways, Corp.
                                                14 Aviation Avenue
                                                Portsmouth, NH 03801
                                                (603) 766-2002

                                                *Attorney for Pan American Airways, Corp.*