UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAN AMERICAN AIRWAYS, CORP.,

             Plaintiff/Counterdefendant,

    v.

ROBERT E. BARNES,

             Defendant/Counterplaintiff.

Civil Action No.
04-10515JLT

## Plaintiff/Counterdefendant's Motion for Leave to Amend Complaint

Pursuant to Rules 7(b) and 15(a) of the Federal Rules of Civil Procedure and Rule 7.1 of the Rules of this Court, plaintiff/counterdefendant Pan American Airways Corporation hereby moves for leave to amend its complaint filed herein against defendant/counterplaintiff Robert E. Barnes. The amended complaint is attached hereto.

Pursuant to Rule 7.1(A)(2) of the Rules of this Court, counsel hereby certifies that he has conferred with counsel for the defendant/counterplaintiff and he does not object to this motion.

                        Respectfully submitted,

                        _____
                        Robert B. Culliford (BBO #638468)
                        Pan American Airways, Corp.
                        14 Aviation Avenue
                        Portsmouth, NH 03801
                        (603) 766-2002

                        *Attorney for Pan American Airways, Corp.*

July 15, 2005

289543.1