UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PAN AMERICAN AIRWAYS CORP., )<br>)<br>Plaintiff/Counter-Defendant )<br>)<br>v. )<br>)<br>ROBERT E. BARNES )<br>)<br>Defendant/Counter-Plaintiff )<br>) | Case No. 04-CV-10515JLT |

**DEFENDANT'S MOTION FOR LEAVE TO FILE PARTIAL SUMMARY JUDGM T ON COUNTS I AND II OF PLAINTIFF'S SECOND AMENDED COMPLAINT.**

NOW COMES Defendant, Robert E. Barnes, by and through his attorney, and hereby mov his Court, pursuant to this Court's order issued May 16, 2005 and Fed. R. Civ. P. 7(b), for lea file a motion for partial summary judgment pursuant to Rule 56(c) and Local Rule 56.1.

Pursuant to Local Rule 7.1(A)(2), counsel hereby certifies that he and counsel for the Plain have conferred and attempted in good faith to resolve or narrow the issue.

Respectfully submitted,

Dated: September 20, 2005

_Peter Piel_
Peter Piel
Law Office of Peter Piel
800 Turnpike Street, Suite 300
North Andover, MA 01845
978-794-5513
BBO # 639070