UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAN AMERICAN AIRWAYS CORP., )
)
    Plaintiff/Counter-Defendant )
)
v. )   Case No. 04-CV-10515JLT
)
ROBERT E. BARNES )
)
    Defendant/Counter-Plaintiff )
)

**MOTION FOR PARTIAL SUMMARY JUDGMENT ON COUNTS I AND II OF PLAINTIFF'S SECOND AMENDED COMPLAINT.**

NOW COMES Defendant, Robert E. Barnes, by and through his attorney, and hereby mov   his Court, pursuant to Fed. R. Civ. P. 56(c) and Local Rule 56.1, to grant summary judgment f   he Defendant on Counts I and II of Plaintiff's second amended complaint.

This motion is supported by Defendant's Memorandum of Law and Defendant's Statemen   Undisputed Facts.

Pursuant to Local Rule 7.1(A)(2), counsel hereby certifies that he and counsel for the Plair    have conferred and attempted in good faith to resolve or narrow the issue.

                                    Respectfully submitted,

Dated: September 20, 2005

                                    _____
                                    Peter Piel
                                    Law Office of Peter Piel
                                    800 Turnpike Street, Suite 300
                                    North Andover, MA 01845
                                    978-794-5513
                                    BBO # 639070