UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 OCT -5 P 3: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

PAN AMERICAN AIRWAYS, CORP.,

          Plaintiff/Counterdefendant,

v.

ROBERT E. BARNES,

          Defendant/Counterplaintiff.

Civil Action No.
04-10515JLT

## Plaintiff/Counterdefendant's Assented to Motion for Extension of Time

Pursuant to Rules 7(b) and 56 of the Federal Rules of Civil Procedure and Rules 7.1 and 56.1 of the Rules of this Court, the plaintiff/counterdefendant Pan American Airways, Corporation hereby moves for a one week extension in which to file a reply to the Motion for Partial Summary Judgment filed herein by defendant/counterplaintiff, Robert E. Barnes.

Pursuant to Rule 7.1(A)(2) of the Rules of this Court, counsel hereby certifies that he has conferred with counsel for the defendant/counterplaintiff, who has assented to this motion.

Respectfully submitted,

_____
Robert B. Culliford (BBO #638468)
Pan American Airways, Corp.
14 Aviation Avenue
Portsmouth, NH 03801
(603) 766-2002

*Attorney for Pan American Airways Corp.*

October 4, 2005

289543.1

## CERTIFICATE OF SERVICE

    I hereby certify that true copies of the foregoing documents were served on October 4 2005, by Federal Express, overnight delivery upon Peter Piel, Law Office of Peter Piel, 800 Turnpike Street, North Andover, MA 01845, the attorney of record for defendant Robert E. Barnes.

**Dated: October 4, 2005**

_____
Robert B. Culliford