**John R. Nadolny**
10 Young Lane, Rye, NH 03870
(603) 433-9330

October 5, 2005

Clerk of Court
United States District Court
1 Courthouse Way
Suite 2300
Boston, MA 02210

      Re:   Case No. 1:04-cv-10515 —JLT
              Pan American Airways Corp.
              v. Robert E. Barnes

Dear Sir/Madam:

    Please be advised that I am no longer to be listed as counsel for the Plaintiff in the above-captioned matter. I am no longer employed as counsel to that company. My successor, Robert B. Culliford, who has also apeared on behalf of the Plaintiff in this matter, was provided with a Notice of Withdrawal, which I expect that he has filed with your office. Please discontinue mailing to me the Notices of Electronic Filing.

    Thank you for your attention.

                                            Sincerely,

                                            John R. Nadolny