1    Q.    That fills in that gap.
2    A.    That would do that.
3    Q.    So then in February of 2002 is when you came to work
4    for Pan Am?
5    A.    That's correct. Actually, I would like to correct
6    something at this point if I may as well.
7    Q.    Feel free.
8    A.    During my initial transfer and promotion to Boston,
9    my initial position title was operating manager, and I was
10   doing the same job. The position title was changed to
11   manager of maintenance operations.
12   Q.    Thank you for that clarification. So in 2002, you
13   were hired by Pan American Airways?
14   A.    That's correct.
15   Q.    What position was that for?
16   A.    Managing director.
17   Q.    Managing director of any particular area of the
18   company?
19   A.    Of maintenance operations.
20   Q.    How long did you hold that position?
21   A.    Until April of 2002.
22   Q.    And did you take on a different position in April of
23   2002?
24   A.    I did.

1   Q.   What position was that?
2   A.   Vice president of maintenance.
3   Q.   Is that the position that you held at the time of
4   your resignation from Pan Am?
5   A.   It is.
6   Q.   And do you recall when you resigned?
7   A.   It would have been in approximately July of 2003.
8   Q.   Now, just -- thank you for all of that information.
9   I just want to go back over some of these positions and
10  get more detail if I could.  At Trans New England Airways
11  or Trans Northeast Airlines?
12  A.   Trans New England Airlines.
13  Q.   In your employment with Trans New England, did you
14  have any involvement with aircraft engines?
15  A.   Yes.
16  Q.   With the maintenance of aircraft engines?
17  A.   Yes.
18  Q.   Did you have any involvement with the preservation
19  or storage of aircraft engines?
20  A.   No.
21  Q.   At Boeing Military Airplane Company, did you have
22  any involvement with aircraft engines?
23  A.   No.
24  Q.   At Marriott, did you have any involvement with

1   from memory.  Can you tell me, if you remember, whether
2   the General Maintenance Manual or any other manual with
3   which you were familiar during your employment at Pan Am
4   contained any information about the storage and
5   preservation of aircraft engines?
6   A.    I don't recall what manual would have that
7   information at this time.
8   Q.    Let me rephrase the question because I don't think
9   you answered it there.  I didn't ask you which manual
10  contained such information.  I'm asking you if you
11  remember whether any manual within the Pan Apple manual
12  system to the extent you remember contained any
13  information about the preservation and storage of aircraft
14  engines?
15  A.    At this time, I don't recall.
16  Q.    Can you describe for me to the extent you do recall
17  the scope of your job responsibilities as the vice
18  president of maintenance for Pan American Airways?
19  A.    I was responsible for the oversight and performance
20  of the maintenance organization.
21  Q.    Do you recall what your duties and responsibilities
22  were with respect to Pan Am's General Maintenance
23  Manual -- strike that.  Let me rephrase the question.
24  Were any of your duties or responsibilities spelled out or

```
 1   described anywhere in Pan Am's General Maintenance Manual?
 2   A.   Yes.
 3   Q.   Unfortunately, I don't have a copy of that here to
 4   show you today, but during the time of your employment
 5   with Pan Am, did you take exception with any of the
 6   descriptions of your responsibilities as they were
 7   described in the General Maintenance Manual?
 8   A.   Not sure I understand what you're asking me.
 9   Q.   While you were employed by Pan American Airways,
10   were you familiar with your job responsibilities as they
11   were described in the General Maintenance Manual?
12   A.   Yes.
13   Q.   And did you ever tell anybody that you took
14   exception with or didn't feel that that description of
15   responsibilities was accurate in any way?
16   A.   I'm sorry, but I'm not sure what you mean by
17   "accurate."
18   Q.   I'll try again.  If you recall, did you ever read
19   that portion of the Pan Am General Maintenance Manual that
20   described the duties of the vice president of maintenance?
21   A.   Yes.
22   Q.   And when you read that material, as best you recall,
23   did you take exception with or have a different view in
24   any way with what that manual said with respect to those
```

1  responsibilities?
2  A.   I don't recall that.
3  Q.   Okay. Can you summarize for me or give me your
4  impression as you sit here today as to what your
5  responsibilities were as the vice president of maintenance
6  for Pan American Airways?
7  A.   I was responsible for oversight and operation of the
8  maintenance department.
9  Q.   In that context, were you responsible for ensuring
10 that the maintenance department on behalf of Pan American
11 Airways performed its daily functions in compliance with
12 federal regulations?
13 A.   To the extent of my abilities, that would be
14 correct.
15 Q.   And also to the extent of your abilities, was it
16 your responsibility as the vice president of maintenance
17 to ensure that the maintenance department of Pan Am and
18 its employees performed their tasks in compliance with the
19 provisions of the General Maintenance Manual for Pan Am?
20 A.   I'm sorry, could you repeat that?
21 Q.   I'll try to simplify it. While you were vice
22 president of maintenance at Pan Am, were you ultimately in
23 charge of making sure everybody did their job in
24 accordance with applicable regulations and Pan Am's manual