```
1    A.    Oh, I'll go through some of the sequence.  We
2    identified these engines as having not been preserved;
3    "we," meaning the FAA.
4    Q.    Can you tell me how many engines?
5    A.    Well, there were five or six that had found their
6    way onto aircraft.  The one that we really focused on was
7    on aircraft number 363 PAPA alpha simply because that
8    aircraft had three of these engines, and we all felt that
9    was a safety concern.  To have three engines on one
10   aircraft, that the airworthiness could have been
11   questionable, concerned us, several concerns.  It wasn't
12   just my concern; it was engineering people and others in
13   the FAA.
14      So we really did concentrate on that particular
15   aircraft, there.  Of course, that was after July, 2003.
16   Q.    You said the airplane was flying at that time?
17   A.    Yes, and we had discussions on it.  We had a
18   meeting.  We weren't making progress from the FAA's point
19   of view.  I even had a meeting where my boss accompanied
20   me, and we, again, didn't seem to accomplish what we felt
21   was in the public interest, and then we asked for another
22   meeting.  We invited the FAA engineering representative
23   who is the engineer in charge of that particular engine
24   and a representative from the aircraft evaluation group
```

```
 1   within the FAA, and we had another meeting, and we still
 2   didn't seem to get where we needed to be.
 3       We then had a telephone conference involving Pan Am
 4   personnel, the engineering person from the FAA, myself.
 5   There were others involved, quite a few people involved,
 6   where we expressed our safety concerns about having that
 7   particular aircraft with three engines on it that we
 8   questioned, and at the close of that meeting, it was
 9   actually the vice president of the company said that they
10   were --
11   Q.   Who was the vice president at the time?
12   A.   That was Mr. Malot.  He said that they would park
13   the aircraft until it was resolved, and we felt happy
14   about that because it was not exposing the traveling
15   public to anything, and from what I understand as far as
16   the day it was corrected, Pan Am then went on to talk with
17   the manufacturer, Pratt and Whitney; and Pratt and Whitney
18   couldn't offer them any relief for the use of those
19   aircraft in their unpreserved state if you will; and at
20   that point in time -- this is what I've heard from Pan Am
21   personnel that I worked with -- at that point in time, it
22   was determined that they would then change the engines;
23   and that's what they did; and I don't have the exact date;
24   but that's about the sequence.
```