UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAN AMERICAN AIRWAYS CORP., )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>)<br>)<br>)<br>ROBERT E. BARNES, )<br>)<br>Defendant/Counter-Plaintiff. )<br>)<br>) | C.A. No. 04-CV-10515-JLT |

## DECLARATION OF GORDON LONG

Gordon Long declares as follows:

1. I am the Vice President of Operations for Boston-Maine Airways Corporation ("Pan Am") and I am familiar with the facts set forth herein. I make this declaration in support of Pan American Airways Corporation's Reply in Opposition.

2. I regularly attended the morning staff meeting and multiple other meetings at which Robert E. Barnes ("Barnes") was present and maintenance issues were discussed, and Barnes never informed myself or Mr. Fink that the Engines were not being properly preserved and maintained.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on October 12, 2005.

_____
Gordon Long