UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAN AMERICAN AIRWAYS CORP., )
                            )
        Plaintiff/Counter-Defendant, )
                            )
v.                          )
                            )   C.A. No. 04-CV-10515-JLT
                            )
                            )
ROBERT E. BARNES,           )
                            )
        Defendant/Counter-Plaintiff. )
                            )
                            )

## DECLARATION OF ERIC H. LAWLER

Eric H. Lawler declares as follows:

1. I am the Senior Vice President of Finance for Boston-Maine Airways Corporation ("Pan Am") and I am familiar with the facts set forth herein. I make this declaration in support of Pan American Airways Corporation's Reply in Opposition.

2. I regularly attended the morning staff meeting and multiple other meetings at which Robert E. Barnes ("Barnes") was present and maintenance issues were discussed, and Barnes never informed myself or Mr. Fink that the Engines were not being properly preserved and maintained.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on October 12, 2005.

_____
Eric H. Lawler

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing documents were served on October 4, 2005, by Federal Express, overnight delivery upon Peter Piel, Law Office of Peter Piel, 800 Turnpike Street, North Andover, MA 01845, the attorney of record for defendant Robert E. Barnes.

**Dated: October 12, 2005**

_____
Robert B. Culliford