UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAN AMERICAN AIRWAYS CORP., | * | |
| | * | |
| Plaintiff/Counterdefendant | * | |
| | * | |
| v. | * | Civil Action No. 04-10515-JLT |
| | * | |
| ROBERT E. BARNES, | * | |
| | * | |
| Defendant/Counterplaintiff | * | |
| | * | |

ORDER

October 19, 2005

TAURO, J.

This court hereby orders that:

1. Plaintiff/Counterdefendant's Motion for Partial Summary Judgment [#42] is DENIED as to Count I of Defendant's Counterclaims, and is ALLOWED as to Counts II, III , and IV of Defendant's Counterclaims.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge