UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PAN AMERICAN AIRWAYS CORP., | * | |
| | * | |
| Plaintiff/Counterdefendant, | * | |
| | * | |
| v. | * | Civil Action No. 04-10515-JLT |
| | * | |
| ROBERT E. BARNES, | * | |
| | * | |
| Defendant/Counterplaintiff. | * | |
| | * | |

ORDER

June 20, 2005

TAURO, J.

After a Conference held on June 20, 2006, this court hereby orders that:

1. The Parties have until September 12, 2006 to designate experts and exchange expert affidavits;

2. A Final Pretrial Conference will be held on September 12, 2006 at 11:00 am; and

3. Trial will begin on September 18, 2006.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro
United States District Judge