UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No.: 004-105150JLT

| | |
|---|---|
| PAN AMERICAN AIRWAYS CORP.,        ) | |
|     Plaintiff/Counterclaim Defendant,    ) | |
| vs.                                ) | |
|                                    ) | |
| ROBERT E. BARNES,                  ) | |
|     Defendant/Counterclaim Plaintiff. ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the Plaintiff/Counterclaim defendant, Pan American Airways Corp., in the above-entitled matter.

        The Plaintiff/Counterclaim Defendant,
        By its attorney,

        /s/   *John J. O'Brien, Jr.*
        John J. O'Brien, Jr.
        BBO# 375885
        O'Brien & von Rosenvinge, P. C.
        27 Mica Lane, Suite 202
        Wellesley, MA 02481
        (781) 239-9988

DATED:  September 8, 2006

CERTIFICATE OF SERVICE

I, John J. O'Brien, Jr., attorney for the plaintiff/counterclaim defendant hereby certify that on this date a true copy of the Notice Of Appearance was forwarded by first class mail, postage pre-paid, to the following counsel of record:

Peter Piel, Esq.
800 Turnpike Street
Suite 300
North Andover, MA 01845

DATED:  September 8, 2006        /s/   *John J. O'Brien, Jr.*
                                                                              John J. O'Brien, Jr.