UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PAN AMERICAN AIRWAYS CORP., | * | |
| | * | |
| Plaintiff/Counterdefendant | * | |
| | * | |
| v. | * | Civil Action No. 04-10515-JLT |
| | * | |
| ROBERT E. BARNES, | * | |
| | * | |
| Defendant/Counterplaintiff | * | |
| | * | |

ORDER

September 13, 2006

TAURO, J.

This court hereby orders that:

1. By noon on Thursday, September 14, 2006, the Parties shall file responses to all pre-trial motions;

2. By noon on September 14, 2006, the Parties shall file a Joint Witness List containing the following:

    a. The names of witnesses to be called (expert and others), and

    b. The time needed for the direct and cross-examination of each witness;

3. The amount of time for cross-examination shall not exceed the amount of time designated for the direct examination of the witness;

4. The morning trial session will begin each day at 10:00 a.m. and end at 1:00 p.m., and the afternoon trial session will begin at 2:15 p.m. and end at 4:30 p.m., except on Wednesdays when the afternoon session will end at 3:30 p.m..

5. All exhibits to be used at trial shall be pre-marked. Plaintiff shall use <u>numbers</u>, and Defendant shall use <u>letters</u>; and

6. The Parties shall submit a list of agreed-upon exhibits, and a separate list of disputed exhibits, to the Deputy Courtroom Clerk before noon on September 14, 2006.

IT IS SO ORDERED.

      /s/ Joseph L. Tauro
United States District Judge