UNITED STATES DISTRICT COURT
DISCTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **PAN AMERICAN AIRWAYS CORP.,** | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Case No. 04-CV-10515JLT |
| **ROBERT E. BARNES** | ) ) | |
| Defendant | ) ) | |

### JOINT EXHIBIT LISTS

#### I.  AGREED-UPON EXHIBITS

#### A.  PLAINTIFF'S TRIAL EXHIBIT LIST

1. Ltr from John R. Nadolny, Pan Am, to Anthony L. Liguori, FAA dated 3/31/04

2. Ltr from Paul Hubbard, FAA to David Gehner, Pan AM dated 2/2/04

3. Ltr from Paul Hubbard, FAA to John Driscoll, Chief Inspector, Pan AM dated 9/4/03

4. Pratt & Whitney Maintenance Manual, Servicing, ATA Ch. 72-00-00

5. Pan Am Manual Before Revisions

6. Pan Am Manual After Revisions

7. Job description for V. P. of Maintenance

9. Pan Am organizational chart under V. P. of Maintenance

15. JT8D Series Engine Build Groups Diagram

16. Repair Documents and Invoices for Engine # 696648

17. Repair Documents and Invoices for Engine # 700227

18. Repair Documents and Invoices for Engine # 700225

19. Repair Documents and Invoices for Engine # 696616

20. Repair Documents and Invoices for Engine # 700136

21. Repair Documents and Invoices for Engine # 700021

22. Repair Documents and Invoices for Engine # 700041

23. Repair Documents and Invoices for Engine # 6905222

24. Repair Documents and Invoices for Engine # 688039

25. Notices and F. J. Turbine Invoices re: deductions for non-storage related maintenance

26. Curriculum Vitae of John R. Butler, Director of Maintenance, Sanford, FL

27. FAA Administration correspondence pertaining to investigations designated File No. 2003NE050053

28. FAA Administration correspondence pertaining to investigations designated File No. 2003NE050068.

**B.    DEFENDANT'S TRIAL EXHIBIT LIST**

A.  High Level PanAm Organizational Chart

B.  Maintenance  Department Organizational Chart – PanAm

C.  Section B of Enforcement Investigative Report (EIR) 2003NE050068.

D.  Letter from Paul Hubbard, FAA to John Nadolny, PanAm dated December 23, 2003

E.  Letter from David Fink, PanAm to Anthony Liguori, FAA dated February 24, 2004

# I. DISPUTED EXHIBITS

## A. PLAINTIFF'S TRIAL EXHIBIT LIST

8. Job description for Managing Director of Technical Operations.

10. Aircraft/Engine Delivery Sequence/Location revision dated April 19, 2002

11. Aircraft/Engine Delivery Sequence/Location revision dated May 14, 2002

12. Qualification Summary For Aviation Safety Inspector, FG-1825 for Robert E. Barnes, dated 7/7/2003

13. Resume of Robert E. Barnes.

14. Notice of Results Aviation Safety Inspector, FG-1825 for Robert E. Barnes

## B. DEFENDANT'S TRIAL EXHIBIT LIST

F. PanAm Quality Assurance Succession Plan

G. Copy of Federal Aviation Regulation - 14 CFR 121.363 re airworthiness responsibility

H. Copy of Federal Aviation Regulation FAR 119.65 (5 wise men).

I. Letter from John Nadolny to Paul Hubbard dated December 16, 2003

J. David Fink Letter to Tony Liguori dated 1/2/2004

K. Nadolny letter to Tony Liguori dated 3/18/2004

L. John Sununu Fax to FAA Administrator Blakey re BMA certification delay

M. Judd Gregg Fax to FAA Administrator Blakey – FAA hired away VP of Maint.

N. Jeb Bradley Fax to FAA Administrator Blakey re BMA certification delay

O. Fax pages 3 and 4 from Pratt and Whitney re preservation procedures

P. Letter from John Nadolny, PanAm to Anthony Liguori, FAA dated August 16, 2004.

Q. Letter from John Nadolny, PanAm to Anthony Liguori, FAA dated April 1, 2004.

R. Original Complaint

All documents from Hubbard Deposition.

All documents from Liguori Deposition.

All documents from Deposition of PanAm (Legere Deposition)

| | |
|---|---|
| The Plaintiff/Counterclaim Defendant,<br>By its attorney, | The Defendant/Counterclaim Plaintiff<br>By his attorney, |
| /s/ John J. O'Brien, Jr.<br>John J. O'Brien, Jr.<br>BBO# 375885<br>O'Brien & von Rosenvinge, P. C.<br>27 Mica Lane, Suite 202<br>Wellesley, MA 02481<br>(781) 239-9988 | /s/ Peter Piel, Esq.<br>Peter Piel, Esq.<br>BBO# 639070<br>Law Office of Peter Piel<br>800 Turnpike St., Suite 300<br>North Andover, MA 01845<br>(978) 794-7755 |

DATED:  12/15/2006