# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

### Civil Action No.: 004-105150JLT

| | |
|---|---|
| **PAN AMERICAN AIRWAYS CORP.,** | ) |
| **Plaintiff/Counterclaim Defendant,** | ) |
| **vs.** | ) |
| | ) |
| **ROBERT E. BARNES,** | ) |
| **Defendant/Counterclaim Plaintiff.** | ) |

### JOINT WITNESS LIST

## I  WITNESSES TO BE CALLED BY THE PLAINTIFF

### A.  Plaintiff's Witnesses

| | |
|---|---|
| Robert E. Barnes | 2 hours and 30 minutes |
| Keeper of Records for F. J. Turbine | 1 hour and 50 minutes |
| John R. Butler | 3 hours and 30 minutes |
| David Fink | 1 hour and 30 minutes |
| Paul Hubbard | 1 hour and 45 minutes |
| David Mailhot | 30 minutes |
| Eduard Stalzer | 30 minutes |
| David Gaynor a/k/a Gehner | 30 minutes |
| John L. Driscoll | 30 minutes |
| Gerry Terpstra | 30 minutes |
| Stanley Joiner | 30 minutes |
| Robert Barnes | 30 minutes |
| David Forney | 30 minutes |
| Nick Wait | 1 hour and 15 minutes |
| Keeper Of Records for Federal Aviation Administration | 1 hour and 15 minutes |
| David Barry | 1 hour and 45 minutes |
| Steven Legere | 1 hour |
| Rebuttal Witnesses | |

### B.  Plaintiff's Cross-Examination of Defendant's Witnesses

| | | |
|---|---|---|
| 1. | David Fink | 2-3 hours |
| 2. | Eduard  Stalzer | 2    hours |
| 3. | David Gehner | 1    hour |

4. Robert Barnes                          1   hour
5. Robert E. Barnes                       2   hours

## II  <u>WITNESSES TO BE CALLED BY THE DEFENDANT</u>

### A.  Defendant's Witnesses

1. David Fink                            2-3 hours
2. Eduard  Stalzer                       2   hours
3. David Gehner                          1   hour
4. Robert Barnes                         1   hour
5. Robert E. Barnes                      2   hours
   Rebuttal Witnesses

### B. Defendant's Cross-Examination of Plaintiff's Witnesses

| | |
|---|---|
| Robert E. Barnes | 30 minutes |
| Keeper of Records for F. J. Turbine | 45 minutes |
| John R. Butler | 1-2 hours |
| David Fink | 30 minutes |
| Paul Hubbard | 1 hour and 45 minutes |
| David Mailhot | 15 minutes |
| Eduard Stalzer | 15 minutes |
| David Gaynor a/k/a Gehner | 15 minutes |
| John L. Driscoll | 15 minutes |
| Gerry Terpstra | 30 minutes |
| Stanley Joiner | 15 minutes |
| Robert Barnes | 15 minutes |
| David Forney | 10 minutes |
| Nick Wait | 30 minutes |
| Keeper Of Records for FAA | 40 minutes |
| David Barry | 40 minutes |
| Steven Legere | 30 minutes |

The Plaintiff/Counterclaim Defendant,          The Defendant/Counterclaim
Plaintiff
By its attorney,                               By his attorney,


_____/s/   John J. O'Brien, Jr._____           _/s/   Peter Piel, Esq._____
John J. O'Brien, Jr.                           Peter Piel, Esq.
BBO# 375885                                    BBO# 639070
O'Brien & von Rosenvinge, P. C.                Law Office of Peter Piel
27 Mica Lane, Suite 202                        800 Turnpike St., Suite 300
Wellesley, MA 02481                            North Andover, MA 01845

(781) 239-9988                              (978) 794-7755

DATED:   9/15/2006