UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**PAN AMERICAN AIRWAYS, INC.,**
    **Plaintiff,**

    **V**                                        CA 04-10515-JLT

**ROBERT BARNES, INC.**
    **Defendant.**

SETTLEMENT ORDER OF DISMISSAL

TAURO, D.J.,

       The court having been advised on September 18, 2006 by counsel for the parties that the above action has been settled:

    IT IS ORDERED that this action is hereby DISMISSED.

                                    By the Court:

                                      /s/
                                  ZITA LOVETT,
9/18/2006                         Deputy Clerk