UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAN AMERICAN AIRWAYS, CORP., <br> Plaintiff, <br> v. <br> ROBERT E. BARNES, <br> Defendant | Civil Action No. <br> 04-CV-10515JLT |

ORDER

TO: COMMONWEALTH OF MASSACHUSETTS
    DIVISION OF ADMINISTRATIVE LAW APPEALS
    133 PORTLAND STREET, 3ʳᴅ FLOOR
    BOSTON, MA 02114

    Please be advised that Attorney John J. O'Brien Jr., counsel for the plaintiff, Pan American Airways, Corp, has been called for trial in the above referenced matter before the Honorable Judge Joseph L. Touro of this Court, beginning this day, Monday, September 18, 2006. The anticipated length of this trial is in excess of four days.

                                                    Deputy Clerk of Court
                                                    United States District Court
                                                    District of Massachusetts

DATED: September 18, 2006.